UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAMIA MEKY, : | |
| Plaintiff, : | |
| : | |
| v. : | No. 5:16-cv-1020 |
| : | |
| JETSON SPECIALTY MARKETING : | |
| SERVICES, INC., : | |
| Defendant. : | |

# O R D E R
**Defendants' Motion for Summary Judgment, ECF No. 24- granted in part, denied in part**

**AND NOW**, this 6th day of March, 2017, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:** Defendants' Motion for Summary Judgment, ECF No. 24, is **GRANTED in part** and **DENIED in part** as follows:

1. Summary judgment is granted in favor of Defendant on Count III under Pennsylvania's Wage Payment and Collection Law, and Count III is dismissed; and

2. Summary judgment is granted in favor of Defendant as to part of Count II for FMLA interference, to the extent that the claim is based on Jetson's alleged refusal to provide Meky with FMLA paperwork ; and

3. The Motion for Summary Judgment is denied in all other respects.

BY THE COURT:

*/s/ Joseph F.Leeson. Jr.*
JOSEPH F. LEESON, JR.
United States District Judge